IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NUMBER |
| PAR W. BENNSTROM, | * | |
| | * | 11-01981 |
| Debtor. | * | |

## ORDER

This matter came before the Court on the Debtor's Objection to the arrearage portion of Claim Number 4 filed by Onewest Bank in the amount of $11,023.19 regarding the mortgage on the property located at 16796 Scenic Highway 98, Fairhope, Alabama 36532. Notice of the hearing was given. Appearances were noted on the record. Based upon the evidence presented, it appears to the Court that the objection should be sustained in part and the arrearage claim reduced and allowed.

It is therefore ORDERED that the Debtor's Objection to the arrearage portion of Claim Number 4 filed by Onewest Bank in the amount of $11,023.19 regarding the mortgage on the property located at 16796 Scenic Highway 98, Fairhope, Alabama 36532 is SUSTAINED IN PART and the arrearage claim is REDUCED AND ALLOWED as a secured claim in the amount of $1,725.92.

The Debtor has reserved and is hereby AUTHORIZED to reserve the right to challenge the status or amount of the secured claim to be paid to claimant directly outside the Plan including the standing of the Creditor to file and/or collect such claim and this Order shall not be construed to waive any rights the Debtor may have related thereto.

Dated:   October 18, 2012

/s/ Margaret A. Mahoney
MARGARET A. MAHONEY
CHIEF U.S. BANKRUPTCY JUDGE