IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | CASE NO.: | 11-01981-HAC-13 |
| Par W. Bennstrom | DATE: | 07/20/2016 |
| DEBTOR | DATE CONFIRMED: | 01/16/2013 |
| ATTORNEY: IRVIN GRODSKY | DATE CLOSED: | 05/20/2016 |

## FINAL REPORT AND ACCOUNTING

I, Daniel B. O'Brien, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was COMPLETED.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $85,533.00

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| ALABAMA CHILD SUPPORT PAY | DSO | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BAC HOME LOAN SER, LP | MORTGAGE PAYM | $438,989.66 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BAC HOME LOAN SER, LP | MORTGAGE ARRE | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BAC HOME LOANS SERVICING | MORTGAGE PAYM | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BANCO POPULAR NORTH AMEI | SECURED - PREF I | $20,000.00 | 100.00 | $20,000.00 | $1,785.62 | $0.00 | $0.00 | $0.00 |
| BANCO POPULAR NORTH AMEI | UNSECURED | $67,690.04 | 16.50 | $11,168.86 | $0.00 | $0.00 | $0.00 | $0.00 |
| BANCO POPULAR NORTH AMEI | MORTGAGE ARRE | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BECKET & LEE, LLP | UNSECURED | $6,115.29 | 16.50 | $1,009.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| EASTERN ROCK CREEK POA | SECURED - PRO R | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GREEN TREE SERVICING, LLC | MORTGAGE PAYM | $120,559.87 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GREEN TREE SERVICING, LLC | MORTGAGE ARRE | $7,385.02 | 100.00 | $7,385.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| OCWEN LOAN SERVICING, LLC | MORTGAGE PAYM | $261,104.51 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| OCWEN LOAN SERVICING, LLC | MORTGAGE ARRE | $1,725.92 | 100.00 | $1,725.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| SHELLEY GAY | DSO with AMP | $7,569.58 | 100.00 | $7,569.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| SHELLEY GAY | UNSECURED | $165,659.00 | 16.50 | $27,333.74 | $0.00 | $0.00 | $0.00 | $0.00 |
| SOUTHERN BAY LANDSCAPING | SECURED - PRO R | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE OF AL DEPT OF REVENU | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE OF ALABAMA DHR | DSO | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNSECURED CREDITORS | UNSECURED | $0.00 | 16.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| PRIORITY | $7,569.58 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $29,110.94 |
| INTEREST | $1,785.62 |
| UNSECURED | $39,511.62 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $2,500.00 |
| TRUSTEE FEE: | $3,966.88 |
| REFUNDED TO DEBTOR: | $1,088.36 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $85,533.00 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Daniel B. O'Brien

Daniel B. O'Brien, Trustee